No. 34,422

RUTH ELIZABETH AXE, *Appellant*, v. BERTHA WILSON (also known as BERTHA V. WILSON), *Appellee*.

(96 P. 2d 880)

Opinion filed December 9, 1939.

*Paul H. White, Robert C. Foulston, George Siefkin, Sidney L. Foulston, Lester L. Morris, George B. Powers, Carl T. Smith, C. H. Morris* and *John F. Eberhardt,* all of Wichita, for the appellant.

*Henry Lampl, Maurice Lampl, Rupert Teall* and *Austin M. Cowan,* all of Wichita, for the appellee.

No. 34,339

RUTH ELIZABETH AXE, *Appellee*, v. BERTHA WILSON (also known as BERTHA V. WILSON), as an Individual and as Executrix of the Last Will and Testament of G. A. Wilson, Deceased, *Appellant*.

(96 P. 2d 880)

Opinion filed December 9, 1939.

*Henry Lampl, Maurice Lampl, Rupert Teall* and *Austin M. Cowan,* all of Wichita, for the appellant.

*Robert C. Foulston, George Siefkin, Sidney L. Foulston, Lester L. Morris, George B. Powers, Carl T. Smith, C. H. Morris, John F. Eberhardt* and *Paul H. White,* all of Wichita, for the appellee.

No. 34,423

RUTH ELIZABETH AXE, *Appellant,* v. BERTHA WILSON (also known as BERTHA V. WILSON), *Appellee* and *Cross-appellant.*

(96 P. 2d 880)

Opinion filed December 9, 1939.

*Paul H. White, Robert C. Foulston, George Siefkin, Sidney L. Foulston, Lester L. Morris, George B. Powers, Carl T. Smith, C. H. Morris, John Eberhardt* and *Paul H. White,* all of Wichita, for the appellant.

*Henry Lampl, Maurice Lampl, Rupert Teall* and *Austin M. Cowan,* all of Wichita, for the appellee.

The opinion of the court was delivered by

WEDELL, J.: Three actions are consolidated in this appeal. None of the actions has been tried. The appeals are from various rulings on motions and demurrers. Petitions in all three actions were deposited with the clerk of the district court of Sedgwick county, for